# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

JOSE A APONTE ROIG

MARIBEL  MARTINEZ VEGA


XXX-XX-2646

XXX-XX-0216


Debtor(s)

CASE NO. 07-04605 SEK

Chapter 13


FILED & ENTERED ON 12/28/2007

## ORDER DISMISSING CASE

Upon Debtor's (s') failure to respond to the Order to Show Cause entered on 11/21/2007, this case is hereby dismissed.

SO ORDERED.

San Juan, Puerto Rico, this December 28, 2007.


Sara E. De Jesus Kellogg
U.S. Bankruptcy Judge

CC:  DEBTOR (S)
     MIRIAM A MURPHY
     ALEJANDRO  OLIVERAS RIVERA,
     ALL CREDITORS