**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO**

IN THE MATTER OF:

JOSE A APONTE ROIG                    CASE NO. 07-04605 SEK

MARIBEL  MARTINEZ VEGA                Chapter 13

XXX-XX-2646

XXX-XX-0216                           FILED & ENTERED ON 04/29/2008

          Debtor(s)

## ORDER DISCHARGING TRUSTEE AND CLOSING ESTATE

The Order or Judgment dismissing this case was entered on 12/28/2007.  The Chapter 13 Trustee has filed the Final Report and Account of his administration of this estate.  Accordingly, it is now

ORDERED that the Trustee be and is hereby discharged, that his bond be cancelled and the surety thereon be released from further liability thereunder and that the estate be and is hereby closed.

San Juan, Puerto Rico, this 29 day of April, 2008.

Sara E. De Jesús Kellogg
U.S. Bankruptcy Judge

cc:  ALEJANDRO  OLIVERAS RIVERA